for the Second Circuit denied. *Mr. Ralph Royall* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 170. McGREW *v.* SIMMONS ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Samuel G. Wagner* and *Dorothea M. Wagner* for petitioner. *Mr. W. Denning Stewart* for respondents.

No. 177. WENGER *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Henry B. Graves* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.

No. 180. SOUTHWESTERN GREYHOUND LINES, INC. *v.* BUCHANAN. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Virgil T. Seaberry* and *Robert G. Payne* for petitioner. *Messrs. Thomas L. Blanton, John Matthews Blanton,* and *William W. Blanton* for respondent.

No. 181. ROTH *v.* LOCAL No. 1460 OF RETAIL CLERKS UNION ET AL. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Indiana denied. *Mr. Jay E. Darlington* for petitioner. *Messrs. William H. Faust* and *William H. Faust, Jr.,* and *Mrs. Irene Faust*